LAW OFFICES OF RAHUL WANCHOO
Attorneys for Plaintiff
Empire State Building
350 Fifth Avenue, 59th Floor
New York, New York 10118
Phone: (646) 593-8866
Fax:    (212) 618-0213
E-mail: rwanchoo@wanchoolaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ICC CHEMICAL CORPORATION

                Plaintiff,

        - against -

KUNDAN RICE MILLS LTD. and
KUNDAN GROUP

                Defendants.

------------------------------------------------------------X

ECF CASE

08 Civ. 6390 (WHP)

**RULE 7.1 STATEMENT**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff, ICC CHEMICAL CORPORATION represents to this Honorable Court that said Plaintiff has the following corporate parents:

           ICC Trading Inc.
           ICC Industries Inc.

Dated: New York, New York
       July 15, 2008

                                **LAW OFFICES OF RAHUL WANCHOO**
                                Attorneys for Plaintiff
                                ICC CHEMICAL CORPORATION

                                By: _Rahul Wanchoo_
                                    Rahul Wanchoo (RW-8725)