**08 CIV 6390**

**LAW OFFICES OF RAHUL WANCHOO**
Attorneys for Plaintiff
Empire State Building
350 Fifth Avenue, 59th Floor
New York, New York 10118
Phone: (646) 593-8866
Fax:    (212) 618-0213
E-mail: rwanchoo@wanchoolaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ICC CHEMICAL CORPORATION

                      Plaintiff,

       - against -

KUNDAN RICE MILLS LTD. and
KUNDAN GROUP

                      Defendants.
-------------------------------------------------------------X

ECF CASE

08 CV _____ (_____)

**AFFIDAVIT IN SUPPORT
OF ORDER APPOINTING
PERSONS TO SERVE PROCESS**

STATE OF NEW JERSEY   )
                                ) ss:
COUNTY OF BERGEN       )

RAHUL WANCHOO, being duly sworn, deposes and says:

I am a member of the firm of Law Offices of Rahul Wanchoo, attorneys for Plaintiff. It is respectfully requested that the foregoing Order appointing Christopher Bogle and/or any other person appointed by Law Offices of Rahul Wanchoo, who are persons over the age of 18 years and not parties to this action, be signed. The appointment is deemed advisable in order to

facilitate service because of the shortage of deputy marshals available to make such service expeditiously. No previous application has been made for the relief sought.

_____
RAHUL WANCHOO

Sworn to and subscribed to before me this 15th July, 2008.

_____
Notary Public

LILA CHIN
NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES FEB. 18, 2012

2