UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ICC CHEMICAL CORPORATION,                :    08 CV 6390 (WHP)
                                          :
                    Plaintiff,            :
                                          :    **NOTICE OF**
        - against -                       :    **RESTRICTED APPEARANCE**
                                          :
KUNDAN RICE MILLS LTD. and                :
KUNDAN GROUP,                             :
                                          :
                    Defendants.           :
------------------------------------------------------------X

      The Defendants, KUNDAN RICE MILLS LTD. and KUNDAN GROUP, by and through their undersigned counsel, hereby enters their restricted appearance pursuant to Supplemental Rules E(4)(f) and E(8) in this action for the purpose of seeking to vacate the Ex Parte Order dated July 18, 2008, or alternatively, modifying the Ex Parte Order and/or for security on counterclaim(s) under Rule (E(7).

Dated: August 7, 2008
       New York, NY

                                    LENNON, MURPHY & LENNON, LLC
                                    *Attorneys for* KUNDAN RICE MILLS LTD. and
                                    KUNDAN GROUP

                        By: _____
                            Kevin J. Lennon
                            The GrayBar Building
                            420 Lexington Avenue, Suite 300
                            New York, NY  10170
                            (212) 490-6050 - phone
                            (212) 490-6070 - facsimile
                            kjl@lenmur.com

## CERTIFICATION OF SERVICE

I hereby certify that on August 7, 2008, a copy of the foregoing **RESTRICTED APPEARANCE** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

_____
Kevin J. Lennon