UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ICC CHEMICAL CORPORATION,　　　　　　:　　08 CV 6390 (WHP)

　　　　　　Plaintiff,　　　　　　　　　　　　　　　　:

　　　- against -　　　　　　　　　　　　　　　　　　:　　**NOTICE OF**
　　　　　　　　　　　　　　　　　　　　　　　　　　　**RESTRICTED APPEARANCE**
KUNDAN RICE MILLS LTD. and　　　　　　　:
KUNDAN GROUP,　　　　　　　　　　　　　　　:

　　　　　　Defendants.　　　　　　　　　　　　　　:
------------------------------------------------------------X

　　　Pursuant to Supplemental Rules E(4)(f) and E(8) for Admiralty or Maritime Claims and Asset Forfeiture Claims, intervening party STATE BANK OF INDIA (CANADA) (Toronto Branch) appears specially herein solely for the purpose of seeking to vacate the attachment of $1,534,868.75 herein.

Dated: August 12, 2008
　　　　New York, NY

　　　　　　　　　　　　　　　　　　　　　　LENNON, MURPHY & LENNON, LLC
　　　　　　　　　　　　　　　　　　　　　　*Attorneys for* STATE BANK OF INDIA
　　　　　　　　　　　　　　　　　　　　　　(CANADA) (Toronto Branch)

　　　　　　　　　　　　　　By:　　_____
　　　　　　　　　　　　　　　　　　Kevin J. Lennon
　　　　　　　　　　　　　　　　　　The GrayBar Building
　　　　　　　　　　　　　　　　　　420 Lexington Avenue, Suite 300
　　　　　　　　　　　　　　　　　　New York, NY 10170
　　　　　　　　　　　　　　　　　　(212) 490-6050 - phone
　　　　　　　　　　　　　　　　　　(212) 490-6070 - facsimile
　　　　　　　　　　　　　　　　　　kjl@lenmur.com