UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

ICC CHEMICAL CORPORATION,                          :        08 CV 6390 (WHP)

               Plaintiff,                          :        ECF CASE

          - against -                          :

KUNDAN RICE MILLS LTD. and                        :
KUNDAN GROUP,                                      :

          Defendants.                          :

-----------------------------------------------------------X

## ORDER TO SHOW CAUSE WHY ATTACHED FUNDS SHOULD NOT BE RELEASED AND WHY COSTS AND LEGAL FEES SHOULD NOT BE AWARDED

Upon the annexed Declarations of Leena Ancheril and Kevin J. Lennon, and the

Exhibits attached thereto, and the accompanying Memorandum of Law, and the pleadings

and proceedings heretofore had herein:

Let the Plaintiff, ICC CHEMICAL CORPORATION ("Plaintiff") show cause

before the Honorable William H. Pauley, Unites States District Court Judge, at 500 Pearl

Street, Courtroom 2210, New York, New York, 10007, pursuant to the Supplemental

Admiralty Rule E(4)(f) and Local Admiralty Rule E.1, on the 22 day of August 2008 at

11:00 o'clock or as soon thereafter as counsel can be heard why the following relief

should not be granted to STATE BANK OF INDIA (CANADA) (Toronto Branch):

     (1) an Order directing the release of $1,534,868.75 from attachment at Citibank

N.A.;

     (2) an Order granting to STATE BANK OF INDIA (CANADA) (Toronto

Branch) its costs and legal fees incurred in the instant motion; and

(3) an Order for such other and further relief as the Court may deem just and proper.

Let service of a copy of this Order and the accompanying Declarations, exhibits, and Memorandum of Law, if served upon Law Offices of Rahul Wanchoo, 350 Fifth Avenue, 59th Floor, New York, NY 1011, attorney for the Plaintiff, on or before 5:00 pm o'clock on August 14, 2008.  Service of this Order and the accompanying Declarations, exhibits, and Memorandum of Law may be made either by fax or e-mail, which shall be deemed good and sufficient service.

Answering papers, if any, including but not limited to Affidavits, Affirmations, Declarations, Exhibits and/or Memoranda of Law, shall be served so as to be received by counsel for the movant, Lennon, Murphy & Lennon LLC by fax or e-mail on or before the 21 day of August 2008 by 1:00 o'clock.

~~Reply papers, if any, shall be served on counsel for Plaintiff on or before ___ o'clock on August, 2008 (service to be made either by courier, fax or e-mail) be deemed good and sufficient service.~~

Dated: New York, NY
      August 14, 2008

**SO ORDERED:**

**Hon. William H. Pauley**
**United States District Judge**