**Lennon, Murphy & Lennon, LLC**
ATTORNEYS AT LAW

The GrayBar Building
420 Lexington Ave., Suite 300
New York, NY 10170
phone (212) 490-6050
fax (212) 490-6070
www.lenmur.com

Tide Mill Landing
2425 Post Rd, Suite 302
Southport, CT 06890
phone (203) 256-8600
fax (203) 256-8615
mail@lenmur.com

August 21, 2008



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/27/08

RECEIVED
AUG 21 2008
CHAMBERS OF
WILLIAM H. PAULEY
U.S.D.J.

<u>Via Facsimile (212) 805-6390</u>
Hon. William H. Pauley
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2210
New York, NY 10007

  Re: ICC Chemical Co. v. Kundan Rice Mills et ano.
    Case No.: 08 cv 6390 (WHP)
    Our ref.: 08-1540

Dear Judge Pauley:

  We are attorneys for the intervenor/claimant State Bank of India (CANADA) (Toronto Branch) ("SBI") and also the Defendants, Kundan Rice Mills and Kundan Group. We write to advise your Honor that Plaintiff has released the SBI funds that were previously being restrained at non-party garnishee Citibank in response to the Ex Parte Order and Process of Maritime Attachment and Garnishment ("PMAG").

  Currently, counsel are corresponding regarding a procedure for Plaintiff to follow in considering whether to restrain letter of credit remittances that may be further identified in response to Plaintiff's continued service of the Ex Parte Order and PMAG on garnishee banks in the district. It is expected that an agreement will be reached on this issue quite soon.

  <u>In light of the above, it is respectfully requested that the hearing scheduled for tomorrow at 11:00 a.m. before your Honor on SBI's Motion to Vacate should be adjourned for one week pending further notice to be provided to your Honor that the motion has been withdrawn.</u>

           Respectfully submitted,

           Kevin J. Lennon

KJL/bhs

cc: <u>Via Fax: (212) 618-0213</u>
  Law Offices of Rahul Wanchoo
  *Attorney for Plaintiff*
  350 Fifth Avenue, 59th Floor
  New York, NY 10118

Application Granted. The conference is adjourned to August 24, 2008 at 10:15 a.m.

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.

Patrick F. Lennon | Charles E. Murphy | Kevin J. Lennon | Nancy R. Siegel | Anne C. LeVasseur | Coleen A. McEvoy