UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
ICC CHEMICAL CORPORATION,                :    08 CV 6390 (WHP)

               Plaintiff,                         :    ECF CASE

         - against -                              :    **NOTICE OF**
                                             :    **WITHDRAWAL**
KUNDAN RICE MILLS LTD. and               :    **OF MOTION**
KUNDAN GROUP,

               Defendants.               :
------------------------------------------------------X

PLEASE TAKE NOTICE, that Claimant, STATE BANK OF INDIA (CANADA) (Toronto Branch) ("SBI"), does hereby withdraw its Motion – *Order to Show Cause Why Attached Funds Should Note Be Released and Why Costs and Legal Fees Should Not be Awarded* – filed August 14, 2008.

SBI's withdrawal is without prejudice to reinstate that aspect of the Motion seeking recovery of costs and legal fees.

Dated:      August 28, 2008
               Southport, CT

                                             Respectfully submitted,
                                             LENNON, MURPHY & LENNON, LLC
                                             *Attorneys for* STATE BANK OF INDIA
                                             (CANADA) (Toronto Branch)

                       By: _____
                                             Kevin J. Lennon
                                             The GrayBar Building
                                             420 Lexington Avenue, Suite 300
                                             New York, NY  10170
                                             (212) 490-6050 - phone
                                             (212) 490-6070 - facsimile
                                             kjl@lenmur.com

## CERTIFICATION OF SERVICE

I hereby certify that on August 18, 2008, a copy of the foregoing NOTICE OF WITHDRAWAL OF MOTION was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

*/s/ Kevin J. Lennon*

Kevin J. Lennon